GEORGE MILLER, Respondent, v. ANTOINETTE FARNESE, etc., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

CORNELIUS J. MORRISSEY, as Administrator, etc., of JOHN MORRISSEY, Deceased, Respondent, v. SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of the Property of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., Appellants.— Motion for reargument denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

HERBERT G. NETTLETON, Appellant, v. CATHERINE E. HAYES and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

NORWEGIAN EVANGELICAL FREE CHURCH, Appellant, v. MICHAEL MILHAUSER, Respondent.— Motion to dispense with printing record on appeal denied, with the exception of the exhibits, which may be submitted by appellant upon the argument. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

MINNIE V. PITTS, Respondent, v. WILLIAM H. PITTS, Appellant. CHARLES E. PITTS and Others, Defendants.— Motion for order of restitution denied pending the decision of the Court of Appeals. If that decision be favorable to the moving party here, the motion may be renewed. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. FURRER, . Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LAU, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTOPHER McGUIRE, Appellant.— Motion to resettle order granted. Order signed. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE PELLE-GRINO, Appellant.— Motion to enlarge time to argue appeal granted on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready on argument when reached; otherwise, motion denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SEROTA, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD E. HICKS and GEORGE H. KIRBY, Respondents, v. CHARLES W. BERRY, as Comptroller of the City of